No. 636. WOOD ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 571. HARLEY *v.* TEHAN, U. S. DISTRICT JUDGE. Motion of Louisville & Nashville Railroad Co. for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Sidney M. Eisenberg* for petitioner. *Gerald J. Kahn* for Louisville & Nashville Railroad Co., as *amicus curiae,* in opposition.

No. 359, Misc. ODELL *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. John W. Reynolds,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 528, Misc. FRIERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 529, Misc. PLACONA *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 605, Misc. THOMAS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.